UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILLS CUMMIS & GROSS P.C.,

                Plaintiff,

- against -

BETTY DUSANGE-HAYER, ISHAN HOLDINGS AND DEVELOPMENT CORPORATION and ERWIN SINGH BRAICH,

                Defendants.

**ORDER**

19 Civ. 7463 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference previously scheduled for December 5, 2019 is adjourned. A conference is scheduled for **December 12, 2019 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge