UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILLS CUMMIS & GROSS P.C.,

                    Plaintiff,

- against -

BETTY DUSANGE-HAYER, ISHAN HOLDINGS AND DEVELOPMENT CORPORATION and ERWIN SINGH BRAICH,

                    Defendants.

**ORDER**

19 Civ. 7463 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       WHEREAS, the foregoing Motion for Default against Defendants Dusange-Hayer, Ishan Holdings and Development Corporation, and Erwin Singh Braich has been presented to the United States District Court for the Southern District of New York by Plaintiff Sills Cummis & Gross P.C., and

       WHEREAS, upon application of Plaintiff Sills Cummis & Gross P.C., it appears that an order should be issued directing Defendants Dusange-Hayer, Ishan Holdings and Development Corporation, and Braich to appear before the Court to show cause why a default judgment should not be entered against them;

       NOW THEREFORE, IT IS ORDERED, that Defendants Dusange-Hayer, Ishan Holdings and Development Corporation, and Braich show cause before the Hon. Paul G. Gardephe in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York on **February 6, 2020 at 10:30 a.m.**, why a default judgment should not be entered against Defendants as requested in the foregoing Motion for Default.

It is further ORDERED that a copy of this order, together with the Plaintiff's supporting affidavit and exhibits, shall be served by overnight mail on the Defendants on or before 5:00 P.M. on **January 10, 2020**.

It is further ORDERED that any response by Defendants is to be served and filed by 5:00 P.M. on **January 20, 2020**.

Dated: New York, New York
       January 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge