UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILLS CUMMIS & GROSS P.C.,

                Plaintiff,

- against -

BETTY DUSANGE-HAYER, ISHAN HOLDINGS AND DEVELOPMENT CORPORATION and ERWIN SINGH BRAICH,

                Defendants.

**ORDER**

19 Civ. 7463 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Pursuant to the Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 196 (S.D.N.Y. Apr. 20, 2020), the hearing scheduled for May 28, 2020 is adjourned to **June 30, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Defendants should contact the Court's Pro Se Intake Unit at (212) 805-0175 if they have questions or require assistance.  Plaintiff will serve a copy of this Order on the Defendants by email at erwinbraich@hotmail.com on or before **May 1, 2020**, and by overnight mail on or before on **May 5, 2020**.

Dated:  New York, New York
         April 28, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge