UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SILLS CUMMIS & GROSS P.C.,

                                Plaintiff,

    -against-

BETTY DUSANGE-HAYER, ISHAN HOLDINGS
AND DEVELOPMENT CORPORATION, and
ERWIN SINGH BRAICH,

                             Defendants.
-------------------------------------------------------------X

**JUDGMENT**

Civil Action No. 19-cv-07463-PGG

A motion having been duly made by the Plaintiff, Sills Cummis & Gross P.C., for an Order granting a Default against defendants Betty Dusange-Hayer, Ishan Holdings and Development Corporation, and Erwin Singh Braich; and an Order of Default having been issued by Honorable Paul G. Gardephe, U.S.D.J., on July 7, 2020; and the matter having been assigned to Magistrate Judge Stewart D. Aaron, U.S.M.J., for an inquest as to damages; and Magistrate Judge Aaron having issued a Report and Recommendation on August 14, 2020, recommending that the Court enter judgment against Defendants, jointly and severally, in the amount of $370,355.87, together with pre-judgment interest from each invoice date at the rate of 9% *per annum*; and U.S. District Judge Gardephe having adopted Magistrate Judge Aaron's Report and Recommendation in its entirety, it is hereby

**ORDERED AND ADJUDGED**, that Plaintiff, Sills Cummis & Gross P.C., have judgment and recover from Defendants Betty Dusange-Hayer, Ishan Holdings and Development Corporation and Erwin Singh Braich, jointly and severally, in the total sum of $481,632.95, which is broken down as including $370,355.87 of unpaid attorneys' fees and costs, together with pre-judgment interest at the rate of 9% *per annum* to be calculated from the date of each invoice as

follows: (i) $32,517.81 for the invoice dated April 7, 2017; (ii) $17,168.82 for the second invoice dated April 7, 2017; (iii) $25,575.87 for the invoice dated May 5, 2017; (iv) $30,575.73 for the invoice dated June 15, 2017; and (v) $5,438.85 for the invoice dated August 8, 2017, and that Plaintiff have execution therefor.

Dated: September 18, 2020

*[signature: Paul␣␣Gardephe]*

PAUL G. GARDEPHE, U.S.D.J.

**Calculation of 9% Prejudgment Interest**

| Invoice No. | Date | Amount | Annual Interest (9%) | Daily Interest (Annual Interest / 365) | Amount of Time Elapsed (Through September 9, 2020) | Annual Interest x No. of Years | Daily Interest x No. of Days | Total Prejudgment Interest (through September 9, 2020) |
|---|---|---|---|---|---|---|---|---|
| 1698224 | 4/7/2017 | $105,419.86 | $9,487.79 | $25.99 | 3 years, 156 days | $28,463.37 | $4,054.44 | $32,517.81 |
| 1698226 | 4/7/2017 | $55,661.09 | $5,009.50 | $13.72 | 3 years, 156 days | $15,028.50 | $2,140.32 | $17,168.82 |
| 1699927 | 5/5/2017 | $84,812.53 | $7,633.13 | $20.91 | 3 years, 128 days | $22,899.39 | $2,676.48 | $25,575.87 |
| 1702490 | 6/15/2017 | $104,907.61 | $9,441.68 | $25.87 | 3 years, 87 days | $28,325.04 | $2,250.69 | $30,575.73 |
| 1706026 | 8/8/2017 | $19,554.78 | $1,759.93 | $4.82 | 3 years, 33 days | $5,279.79 | $159.06 | $5,438.85 |
| | | | | | | | | |
| **TOTAL** | | **$370,355.87** | | | | | | **$111,277.08** |